UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00440

**Rodney Le Gray,**
*Plaintiff,*

v.

**John Vickery et al.,**
*Defendants.*

### ORDER

Plaintiff Rodney Le Gray, a prisoner proceeding pro se, brought this action alleging that he was assaulted and that afterwards, defendants negligently failed to follow prison policy regarding medical care. Doc. 11 at 4. The case was referred to a magistrate judge. Doc. 5.

The magistrate judge issued a report and recommendation, finding that plaintiff failed to state a claim upon which relief can be granted and concluding that his lawsuit should be dismissed with prejudice under 28 U.S.C. § 1915A(b)(1). Doc. 18 at 8. Plaintiff did not file objections, and the time for doing so has expired. *See* 28 U.S.C. § 636(b)(1)(C).

When no timely objections to a report have been filed, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's lawsuit is dismissed with prejudice for failure to state a claim upon which relief can be granted. Any pending motions are denied as moot.

*So ordered by the court on October 17, 2025.*

J. CAMPBELL BARKER
United States District Judge

- 1 -